IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KEITH D. RAGER,                )
    Plaintiff,              )
                               )
        v.                     )    Civil Action No. 07-617
                               )
UNITED PARCEL SERVICES,        )
    Defendant.              )

ORDER

AND NOW, this 18th day of September, 2008, IT IS HEREBY

ORDERED that the parties shall proceed as follows:

1) Plaintiff's pretrial narrative statement shall comply with Local Rule 16.1.4.A. and shall be filed by September 25, 2008;

2) Defendant's pretrial narrative statement shall comply with Local Rule 16.1.4.B. and shall be filed by October 15, 2008;

3) All other aspects of the Court's Final Scheduling Order of May 15, 2008 shall remain in full force and effect.

4) **THERE WILL BE NO FURTHER EXTENSION GRANTED.**

BY THE COURT:

s/Gary L. Lancaster_____, J.
The Honorable Gary L. Lancaster,
United States District Judge

cc:   All Counsel of Record